# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACK HOWARD, JR.,
           Appellant,
        vs.
THE STATE OF NEVADA,
           Respondent.

No. 72472

**FILED**

MAR 14 2017

[signature] BROWN
CLERK OF SUPREME COURT
BY [signature]
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Jennifer P. Togliatti, District Judge
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Jack Howard, Jr.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-08534